PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT

for

Eastern District of Kentucky
FILED

JUN 13 2023

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:    Anica Marie Santiago a.k.a. Marie        Case Number:    5:23-CR-060-GFVT-01
Anica Santiago

Name of Sentencing Judicial Officer:   Honorable Gregory Van Tatenhove, United States District Judge

Date of Original Sentence:   June 3, 2021

Original Offense:    Count 1: Conspiracy to Commit Bank Fraud
Count 2: Aggravated Identity Theft

Original Sentence:    39-months imprisonment, three-year term of supervised release

Type of Supervision:   Supervised Release        Date Supervision Commenced:   5/5/2023

Asst. U.S. Attorney:   Steven Randall Ramseyer        Defense Attorney:   Gregory Michael Stewart

---

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
| --- | --- |
| 1 | Violation of federal, state, or local law/Possession of a controlled substance/Unlawful use of a controlled substance |
| 2 | Relocating without approval |
| 3 | Communicating with someone involved in criminal activity |
| 4 | Violation of federal, state, or local law/Own, possess or access to a firearm/Residing at a residence with firearms. |

June 5, 2023
Page 2

RE: Anica Marie Santiago a.k.a. Marie Anica Santiago
Dkt. # 5:23-CR-060-GFVT-01
PROB 12C

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/5/2023

Melissa F. Markwell
Senior U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☑ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐ The Issuance of a Summons.

☑ Refer to presiding Magistrate Judge for hearing and preparation
of a Report and Recommendation.

☑ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

_____
Signature of Judicial Officer

6-13-2023
_____
Date