UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO.  5:23-cr-060-GFVT

UNITED STATES OF AMERICA,                                                                                    PLAINTIFF,

V.                                              **RECOMMENDED DISPOSITION**

ANICA MARIE SANTIAGO,                                                                                    DEFENDANT.

This matter was called before the Court on June 23, 2023, for a final hearing. At that time, and in the presence of and upon the advice of counsel, the Defendant stated her desire to stipulate to the following violations of supervised release:

**Violation #1**

**Mandatory Condition #1: You must not commit another federal, state, or local crime.**
**Mandatory Condition #3: You must not unlawfully possess a controlled substance.**
**Mandatory Condition #4: You must refrain from an unlawful use of a controlled substance.**

On May 31, 2023, the defendant submitted a urine specimen which appeared positive for marijuana, via instant testing device. Santiago admitted to smoking marijuana on May 9, 2023. This is a Grade C violation.

**Violation #2**
**Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72-hours of becoming aware of a change or expected change.**

On May 31, 2023, the defendant admitted that she moved into an apartment on May 12, 2023, without notifying the probation office in advance. This is a Grade C violation.

**Violation #3**
**Standard Condition #8: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.**

On May 31, 2023, Santiago admitted that she communicated and interacted with Martinez-Hipolito, a convicted felon, and an Ambrose gang member. Additionally, she allowed two additional Ambrose gang members to reside in her apartment, Miranda and Sanchez. Santiago further acknowledged that she was aware that Martinez-Hipolito was selling marijuana. Additionally, Santiago admitted that on May 30, 2023, Josue Sanchez succumbed to a narcotics overdose at her apartment. Prior to the overdose, Santiago stated that Sanchez used and possessed narcotics at her residence. This is a Grade C violation.

**Violation #4**
**Mandatory Condition #1: You must not commit another federal, state, or local crime.**
**Standard Condition #10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers.**
**Special Condition #2: You must reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons.**

On or about May 30, 2023, in Fayette County, in the Eastern District of Kentucky, Santiago, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce two firearms, that is: a Springfield Armory Model XD .40 caliber pistol (Serial Number: GM112234) and a Springfield Armory Model XD 9-millimeter pistol (Serial Number: AT199293), all in violation of 18 U.S.C. § 922(g)(1).

On May 31, 2023, Santiago stated that, on May 30, 2023, she became aware of the presence of firearms in her apartment. She stated that the firearms were placed in her bedroom, under her mattress, by on May 30, 2023, by Martinez-Hipolito.
This is a Grade B violation.

At the final hearing, the Court placed the defendant under oath and performed the full colloquy. As set forth in the record, after said colloquy, the Court found the defendant competent to plead. Additionally, after advising the defendant of all applicable rights, and assuring the defendant's awareness of the nature of all charges, the recommended Guideline calculations, and the statutory requirements of a penalty, the Court further found that the defendant pled guilty to

all violations in a knowing, voluntary, and intelligent fashion. Further, she provided an adequate factual basis to support the plea as to each essential offense element for the applicable charges. The Court covered all areas and confirmed the defendant's understanding of all matters. As such, and based on the Court's findings,

IT IS ORDERED that the United States oral motion for detention is GRANTED, and the Defendant shall be detained pending further proceedings, and

IT IS RECOMMENDED that ANICA MARIE SANTIAGO should be found to have violated all the conditions of supervision as alleged in the report of June 5, 2023. **Because Santiago reserved her right of allocution before the presiding District Judge, the matter should be scheduled for allocution and sentencing before Gregory F. Van Tatenhove.**

Defendant has the right to object to this Recommendation and to secure de novo review from the District Judge as to any matter to which he specifically objects and seeks review. Upon the parties' consent, within FIVE BUSINESS DAYS after being served with a copy of this decision, a party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Court. Failure to make timely objection, in the manner described, may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals with respect to the particular decision at issue. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985).

Signed June 23, 2023.



Signed By:
<u>Edward B. Atkins</u>   *EBA*
**United States Magistrate Judge**