UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:23-cr-00060-GFVT-EBA-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANICA MARIE SANTIAGO, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Edward B. Atkins.  [R. 14.]  In 2021, the District Court for the Western District of Virginia sentenced Defendant Anica Santiago to 39 months of imprisonment followed by three years of supervised release after she pled guilty to conspiracy to commit bank fraud and aggravated identity theft.  [R. 1-2 at 1-3.]

The United States Probation Office now charges Ms. Santiago with four violations of her supervised release conditions: three Grade C violations and one Grade B violation.  [R. 14.]  Her first Grace C violation stems from her submitting a drug test that appeared positive for marijuana.  *Id.* at 1.  Ms. Santiago moving into a new apartment without notifying the probation office led to her second Grace C violation.  *Id.*  Ms. Santiago's third violation stems from her admitting that she interacted with a convicted felon and was aware that he was selling marijuana.  *Id.* at 2.  Ms. Santiago's Grade B violation stems from her possessing two firearms although she was a convicted felon.  *Id.*

Ms. Santiago appeared before Judge Atkins for an initial appearance pursuant to Federal Rule of Criminal Procedure 32.1.  [R. 7.]  During the hearing, Ms. Santiago competently,

knowingly, voluntarily, and intelligently waived her rights to a preliminary hearing.  *Id.*  On May

4, 2023, Ms. Santiago appeared before Judge Atkins for her final hearing.  [R. 13.]  As Judge

Atkins found, Ms. Santiago knowingly, voluntarily, and intelligently stipulated to the violations.

[R. 14 at 2-3.]

The Report and Recommendation advises the parties that objections must be filed within

five business days of service.  *Id.* at 3; *see* 28 U.S.C. § 636(b)(1).  More than five business days

have passed and no one has objected to the Report and Recommendation.  Generally, this Court

must make a *de novo* determination of those portions of the Report and Recommendation to

which objections are made.  28 U.S.C. § 636(b)(1)(c).  But when no objections are made, as in

this case, the Court is not required to "review . . . a magistrate's factual or legal conclusions,

under a de novo or any other standard."  *See Thomas v. Arn,* 474 U.S. 140, 151 (1985).  Parties

who fail to object to a magistrate judge's report and recommendation are also barred from

appealing a district court's order adopting that report and recommendation. *United States v.*

*Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).  Nevertheless, the Court has examined the record

and agrees with Judge Atkins's recommended disposition.

Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED**

as follows:

1. The Report and Recommendation **[R. 14]** is **ADOPTED** as and for the Opinion of the

   Court;

2. Ms. Santiago is found **GUILTY** of all violations as set forth in the supervised release

   violation report; and

3.  Sentencing in this matter is hereby scheduled for **Wednesday, July 19, 2023,** at the hour of **4:30 p.m.** in the Courtroom of the United States Courthouse in **Frankfort, Kentucky**.

This the 14th day of July, 2023.

Gregory F. Van Tatenhove
United States District Judge