**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**V.**

**ANICA MARIE SANTIAGO,**
**Defendant.**

**CRIMINAL NO. 5:23-60-KKC-1**

**ORDER**

*** *** ***

This matter was referred to Magistrate Judge Atkins for the purpose of conducting revocation proceedings for alleged violations of the terms of Defendant Anica Marie Santiago's supervised release. After conducting those proceedings, Judge Atkins filed a report that the Defendant admitted to operating a motor vehicle under the influence of an intoxicating substance on May 14, 2026, in violation of the terms of supervision, and that in exchange for this admission of guilt on Violation 1, the United States moved to dismiss violation 2 without prejudice. (R. 37 at 1.) Based on these facts and pursuant to U.S.S.G. §7B1.4(a), Judge Atkins recommended the Defendant be adjudged guilty of Violation 1, that Violation 2 be dismissed without prejudice, and that Defendant's supervision be revoked and she be sentenced to a term of incarceration with directions to resume her unexpired period of supervision upon release. (R. 37 at 2.)

No party has filed objections to the recommendation, but the Defendant has not waived her right to appear before the district judge and to make a statement and present mitigating information before sentencing. *See* Fed. R. Crim. P. 32.1(b)(2).

Accordingly, the Court hereby ORDERS that the recommended disposition (R. 37.) is ADOPTED as the Court's opinion. The Court further orders that this matter is set for a sentencing hearing on **December 8, 2026** at **1:00 p.m.** in Lexington, Kentucky. If the Defendant files a signed waiver of allocution in the record before that date, the Court will cancel the hearing date and promptly enter a judgment consistent with the magistrate judge's recommendation.

This 25th day of November, 2026.

**Signed By:**

***Karen K. Caldwell***

**United States District Judge**